```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0108--CR (JKS)
                                "USA V DARREN D. WILLIAMS ET AL"
                                    DEF 1.1 WILLIAMS, DARREN D.

      In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 07/20/00
              Closed: 06/18/02
  No. of Defendants: 2
       MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: Linda A. Webb
                    Hagans Ahearn et al
                    310 K Street, Suite 400
                    Anchorage, AK 99501
                    907-276-5294
                    FAX 907-276-8732
                    Serve: YES
                      Type: CJA
                      Role: 2255 Motion

                    Darren D. Williams
                    Pro Per: 14168-006
                    Federal Prison Camp
                    POB 6000
                    Sheridan, OR 97378
                    Serve: YES
                      Type: Waived or Self
                      Role: 2255 Motion


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Richard L. Pomeroy
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 WILLIAMS, DARREN D.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges found | |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0108--CR (JKS)
              "USA V DARREN D. WILLIAMS ET AL"
                  DEF 2.1 MAKULES, JOHN L.
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 07/20/00
              Closed: 06/18/02
  No. of Defendants: 2
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Richard L. Pomeroy
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 MAKULES, JOHN L.
```

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
|          |       | No charges found         |             |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                            "USA V DARREN D. WILLIAMS ET AL"

                        In public format, for all filing dates


  Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 07/20/00
            Closed: 06/18/02
No. of Defendants: 2


Document #   Filed        Docket text
_____   _____    _____

NOTE -   1   07/20/00     {SEALED}

NOTE -   2   07/20/00     {SEALED}

   1 -   1   07/20/00     {SEALED}

   2 -   1   07/20/00     {SEALED}

NOTE -   3   11/16/00     {SEALED}

   3 -   1   11/17/00     {SEALED}

   4 -   1   11/17/00     {SEALED}

   5 -   1   11/17/00     {SEALED}

   6 -   1   11/17/00     {SEALED}

   7 -   1   11/20/00     DEF 1 Attorney Substitution of Allen Dayan in place of Herman Walker.

   8 -   1   11/21/00     [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due
                          12/7/00; cnsl to meet & confer by 11/24/00. cc: USA, A. Dayan

   9 -   1   11/21/00     [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, A. Dayan,
                          USM. USPO

  9A-   1   11/21/00      DEF 1 CJA appointment of H. Walker.

NOTE -   4   11/22/00     [Re: DEF 1] Issued: Speedy Trial Notice.

  10 -   1   11/22/00     [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re cont
                          arr/detention hrg (held 11/20/00); Allen Dayan Retained; def pled not
                          guilty; def detained; PTM's due 12/7/00; Mr. Wlaker relieved of CJA
                          appointment. cc: USA, A. Dayan, USM, USPO, FPD CJA cnsl, Judge Singleton

  11 -   1   11/27/00     [Re: DEF 1] JKS Minute Order setting TBJ for 9:00 a.m., 1/8/01; FPTC set
                          8:30 a.m., 1/3/01.  cc: USA, A. Dayan, USM, PO, MJ Roberts, JC

  12 -   1   12/04/00     PLF 1; DEF 1 Stipulation pursuant to discovery conference.

  13 -   1   12/20/00     DEF 1 motion for bail hrg on 12/21/00.

  13 -   2   12/20/00     DEF 1 motion on shortened time re: Motion for bail hrg on 12/21/00.

  14 -   1   12/20/00     [Re: DEF 1] JDR Minute Order granting motion for bail hrg (13-1), motion
                          on shortened time re: Motion for bail hrg on 12/21/00 (13-2). Re bail
                          hrg set for 12/21/00 at 10:30 a.m. cc: USA, A. Dayan, USM, USPO

  15 -   1   12/22/00     [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore/Bonnie Boyer] of bail
                          review hrg; def cnsl's oral mot to cont hrg 1 day GRANTED; cont bail

ACMS: R_RDSDI            As of 02/09/06 at 2:33 PM by DANM                    Page 1
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
"USA V DARREN D. WILLIAMS ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | review hrg set 12/22/00 at 11:15 a.m.  cc: USA, A. Dayan, USM, PO |
| 16 -  1 | 12/22/00 | [Re: DEF 1] PLF 1  Unopposed Motion to continue trial until after 2/26/01. |
| 16 -  2 | 12/22/00 | [Re: DEF 1] PLF 1 Unopposed Motion on shortened time re: unopposed mot to continue trial. |
| 17 -  1 | 12/22/00 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] of cont bail review hrg (held 12/22/00); def cnsl's proposal DENIED; def detained. |
| 18 -  1 | 12/27/00 | [Re: DEF 1] JKS Minute Order that a hrg re: unopposed mot to continue trial (dkt #16) is set for 12/28/00 at 11:00am. cc: USA, A. Dayan, USM, PO |
| 19 -  1 | 12/28/00 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore/Bonnie Boyer] Hrg re: unopposed mot to continue trial (dkt #6) (held 12/26/00) mot to continue trial at dkt #16 GRANTED; crt found excludable delay; FPTC set for 1/3/01 & TBJ set for 1/8/01 VACATED; reset FPTC 3/15/01 at 10:30am & 3/19/01 at 9am. cc:USA, A. Dayan, USM, PO, JC, MJ Roberts |
| 20 -  1 | 12/29/00 | DEF 1 motion for bail hrg on 01/02/01 w/att aff. |
| 20 -  2 | 12/29/00 | DEF 1 motion on shortened time re: Motion for bail hrg on 01/02/01 (20-1) w/att aff. |
| 21 -  1 | 12/29/00 | [Re: DEF 1] JDR Minute Order granting motion for bail hrg on 01/02/01 (20-1), motion on shortened time re: Motion for bail hrg on 01/02/01 (20-2); Bail Review Hrg set for 1/2/01 at 9:30 a.m. cc; USA, A. Dayan, USM, USPO |
| 22 -  1 | 01/03/01 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re Bail Review hrg (held 1/2/01); Crt approved 3rd party-custody to Cassandra Blunt or James Williams; Bond set at $50,000 c/s; def to surrender passport. cc: USA, A. Dayan, USM, USPO |
| 23 -  1 | 01/03/01 | [Re: DEF 1] Order setting conditions of release re crt approved 3rd party custodians Cassandra Blunt or James Williams; bond set at $50,000 c/s; def to surrender passport. cc: USA, A. Dayan, USM, USPO |
| 24 -  1 | 01/05/01 | [Re: DEF 1] Clerk's Notice that crt is in receipt of original deeds of trust & passport & are being held in the vault for safekeeping. cc: USA, A. Dayan, USPO, Finance |
| 25 -  1 | 01/05/01 | [Re: DEF 1] PLF 1 Objections to proposed bond documents. |
| 26 -  1 | 01/08/01 | [Re: DEF 1] JDR Minute Order re def's Bond Documents; parties to confer in an effort to work out disagreements as to form & content of said docuemts and if doc's are  approved by the govt, def shall resubmit to clerk for review by the crt. cc: USA, A. Dayan, USPO |
| 27 -  1 | 01/16/01 | [Re: DEF 1] Clerk's Notice that crt is in receipt of original corrected deeds of trust which are being held in the vault for safekeeping. cc: USA, A. Dayan, USPO, Finance |
| 28 -  1 | 01/17/01 | [Re: DEF 1] JDR Minute Order re further bond hrg set for 9:30 a.m. 1/18/01. cc: USA, A. Dayan, USM, USPO |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                              "USA V DARREN D. WILLIAMS ET AL"

                          In public format, for all filing dates


Document #    Filed       Docket text

  29 -    1  01/19/01    [Re: DEF 1] Appearance bond of $50,000. surety.

  30 -    1  01/19/01    [Re: DEF 1] Clerk's Notice re crt in receipt of $50,000. surety bond,
                         being held in the vault for safekeeping. cc: USA, A. Dayan, Finance

  31 -    1  01/19/01    [Re: DEF 1] Copy JDR Order of Release. cc: USA, A. Dayan, USM, USPO

  32 -    1  01/22/01    [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re Further Bond Hrg
                         (held 1/18/01); crt rejected posting of property to secure bond; def to
                         pursue corporate surety bond; bond set at $50,000 c/s. cc: USA, A.
                         Dayan, USPO

  33 -    1  02/22/01    [Re: DEF 1] PLF 1 Unopposed Motion on short time to continue trial
                         (until after 3/26/01).

  33 -    2  02/22/01    [Re: DEF 1] PLF 1 Unopposed Motion for short time.

  34 -    1  02/26/01    [Re: DEF 1] JKS Minute Order re: unopposed mot on shortened time to
                         continue trial is set for 3/8/01 at 1:30 p.m. in Courtroom #3. cc: M.
                         Rosenbaum, A. Dayan, USPO, USM, MJ Roberts

  35 -    1  02/27/01    [Re: DEF 1] PLF 1 motion on shortened time to advance the hearing on
                         motion to continue trial.

  35 -    2  02/27/01    [Re: DEF 1] PLF 1 motion for shortened time.

  36 -    1  02/28/01    [Re: DEF 1] JKS Minute Order denying motion on shortened time to advance
                         the hearing on motion to continue trial (35-1), motion for shortened
                         time (35-2). cc: M. Rosenbaum, A. Dayan, USM, PO

  37 -    1  03/08/01    [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] Hrg re: unopposed
                         mot on shortened time to continue trial at dkt 33. The mot to continue
                         trial is granted, trial set 3/19/01 is vacated and reset for 3/26/01.
                         Pretrial docs due 3/21/01. FPTC set 3/15/01 is vacated and reset for
                         3/21/01. cc: M. Rosenbaum, A. Dayan, USPO, USM, MJ Roberts

  38 -    1  03/19/01    [Re: DEF 1] PLF 1 Proposed Jury Instructions.

  39 -    1  03/19/01    [Re: DEF 1] PLF 1 Proposed Voir Dire.

  40 -    1  03/19/01    DEF 1Proposed Jury Instructions.

  41 -    1  03/19/01    DEF 1 Proposed Voir Dire Questions.

  42 -    1  03/19/01    DEF 1 Trial Brief.

  43 -    1  03/20/01    [Re: DEF 1] PLF 1 Trial Brief.

  44 -    1  03/20/01    [Re: DEF 1] PLF 1 Notice of filing attachments to plf's trial brief
                         w/att exhs.

NOTE -    5  03/21/01    [Re: DEF 2] USM Notice of Arrest; defendant arrested 3/19/01 in Eastern
                         District of California.

  45 -    1  03/21/01    [Re: DEF 1] PLF 1 motion on shortened time to continue trial.


ACMS: R_RDSDI              As of 02/09/06 at 2:33 PM by DANM                          Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                          "USA V DARREN D. WILLIAMS ET AL"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 1 | 03/22/01 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] Final pretrial conference held 3/21/01; granting motion on shortened time to continue trial (45-1). TBJ set 3/26/01 is VACATED and RESET for 5/14/01 at 9:00 a.m.; FPTC set 5/8/01 at 9:00 a.m. in courtroom #3.  cc: M. Rosenbaum, A. Dayan, USM, PO, MJ Roberts, Jury Clerk |
| NOTE - 6 | 03/27/01 | [Re: DEF 2] USM Notice of Arrest; defendant arrested  3/19/01 in Eastern District CA, def arrived in District of Alaska 3/24/01. |
| NOTE - 7 | 03/27/01 | Issued: Proposed Trial Date setting for Arr to CMC for USDJ. |
| 47 - 1 | 03/28/01 | [Re: DEF 2] Documents transferred from USDC Eastern District of CA w/att: committent to another district order, detention order, crt min, & dkt sheet. |
| NOTE - 8 | 03/29/01 | Issued: Speedy Trial Notice to Judge Singleton. cc: Patty Demeter |
| 48 - 1 | 03/29/01 | [Re: DEF 2] JDR Court Minutes [ECR: Pat Earl] re Arr on Indict (held 3/28/01); H. Fleicsher apptd; def pled not guilty; def detained; detention hrg set for 4/4/01 at 3:00 p.m.; cnsl advised of trial date of 5/14/01; cnsl to meet & confer 4/4/01; PTM's date to be set at detention hrg. cc: USA, FPD CJA Clerk, H. Fleischer, USM, USPO, Judge Singleton |
| 49 - 1 | 03/29/01 | [Re: DEF 2] Financial Affidavit. |
| 50 - 1 | 03/29/01 | [Re: DEF 2] JDR Order of Detention Pending Hearing set for 4/4/01 at 3:00 p.m. cc: USA, H. Fleischer, USM, USPO |
| 51 - 1 | 04/03/01 | [Re: DEF 2] JKS Minute Order setting trial by jury for 5/14/01 and Final PT Conf for 5/8/01.  Trial briefs due by 5/3/01.  cc: M. Rosenbaum, H. Fleischer, USM, PO, MJ Roberts, jury clerk |
| 52 - 1 | 04/04/01 | [Re: DEF 2] CJA appointment of H. Fleischer. |
| 53 - 1 | 04/05/01 | [Re: DEF 2] JDR Court Minutes [ECR: Pat Earl] re Cont Arr on Indict/Detention Hrg (held 4/4/01); PTM's due 4/20/01; cnsl advised of trial date of 5/14/01; detention uncontested. cc: USA, H. Fleischer, USM, USPO, Judge Singleton |
| 54 - 1 | 04/05/01 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, H. Fleischer, USM, USPO |
| 55 - 1 | 04/05/01 | [Re: DEF 2] JDR Order regarding preparation for trial re PTM's due 4/20/01. cc: USA, H. Fleischer |
| 56 - 1 | 04/09/01 | DEF 2 motion for continuance of trial. |
| 56 - 2 | 04/09/01 | DEF 2 motion on shortened time. |
| 57 - 1 | 04/10/01 | [Re: DEF 1-2] JKS Minute Order re: hearing re D2's mot on shortened time for coninituance of trial at dkt 56 is set 4/10/01 at 3:00 p.m. Courtroom #3.  cc: M. Rosenbaum, H. Fleischer, A. Dayan, USM, PO |
| 58 - 1 | 04/10/01 | [Re: DEF 1-2] JKS Minute Order re: hearing re mot at dkt 56 previously set at 3:00 p.m. 4/10/01 is reset for 3:45 p.m. 4/10/01 courtroom #3. cc: M. Rosenbaum, A. Dayan, H. Fleischer, USM, PO. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                         "USA V DARREN D. WILLIAMS ET AL"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 59 - 1 | 04/10/01 | PLF 1; DEF 2 Stipulation pursuant to discovery conference. |
| 60 - 1 | 04/10/01 | DEF 2 Report to court re: a request for mental competency hearing. |
| 61 - 1 | 04/10/01 | DEF 2 motion for dismissal on the merits. |
| 62 - 1 | 04/11/01 | [Re: DEF 1-2] JKS Minute Order re: TBJ contiued to 6/4/01. FPTC previoulsy set 5/8/01 is vacated and reset for 5/29/01 at 4:00 p.m. courtroom #3. Trial briefs due 5/24/01. cc: M. Rosenbaum, A. Dayan, H. Fleischer, USM, PO, MJ Roberts |
| 63 - 1 | 04/13/01 | [Re: DEF 1-2] JKS Court Minutes [ECR: Linda Christensen] hrg re: D-2's motion on shortened time for continuance of trial held 4/10/01. Motion to continue trial granted, trial is continued until 6/4/01. Should there be a conflict with the Court's trial calendar on 6/4/01, trials will be held in order of their speedy trial deadline. cc: M. Rosenbaum, A. Dayan, H. Fleischer, USM, PO, Jury Clerk, MJ Roberts |
| 64 - 1 | 04/13/01 | DEF 2 motion for continuenace of time until 5/4/01 to file pretrial motions w/att memo. |
| 64 - 2 | 04/13/01 | DEF 2 motion for consideration on shortened time re #64-1. |
| 65 - 1 | 04/16/01 | DEF 2 non-opposition to DEF 2 motion for continuenace of time until 5/4/01 to file pretrial motions (64-1), DEF 2 motion for consideration on shortened time re #64-1. (64-2). |
| 66 - 1 | 04/16/01 | DEF 2 motion for severance w/att memo. |
| 67 - 1 | 04/19/01 | [Re: DEF 2] JDR Minute Order granting motion for continuance of time to file pretrial motions (64-1), motion for consideration on shortened time re #64-1 (64-2); dscvy motions due 4/27/01; all other PTM's due 5/4/01; 5/14/01 at 9:30 a.m. is set aside for any potential evidentiary hrg. cc: USA, H. Fleischer |
| 68 - 1 | 04/23/01 | DEF 2 motion for discovery |
| 69 - 1 | 04/24/01 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for severance (66-1). |
| 70 - 1 | 04/24/01 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for discovery (68-1) w/att exhibits. |
| 71 - 1 | 04/30/01 | [Re: DEF 2] JDR Order denying motion for discovery (68-1). cc: USA, H. Fleischer |
| 72 - 1 | 04/30/01 | Initial R&R re: DEF 2 motion for severance (66-1). Objections due NOON 05/07/01. Reply due NOON 05/14/01. Recommended be denied. cc: USA, H. Fleisecher, Judge Singleton |
| 73 - 1 | 05/01/01 | DEF 2 motion & memo for cont of time for evident hrg. |
| 73 - 2 | 05/01/01 | DEF 2 motion for consideration on shortened time re 73-1. |
| 74 - 1 | 05/02/01 | [Re: DEF 2] JDR Minute Order granting motion for consideration on shortened time re 73-1 (73-2); terminating in light of this order: motion & memo for cont of time for evident hrg (73-1). cc: USA, H. Fleischer |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                       "USA V DARREN D. WILLIAMS ET AL"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 75 - 1 | 05/04/01 | DEF 2 motion for bill of particulars w/att memo. |
| 76 - 1 | 05/04/01 | DEF 2 motion for admissibility hearing re statements. |
| 77 - 1 | 05/04/01 | DEF 2 motion to conduct attorney voir dire w/att memo. |
| 78 - 1 | 05/07/01 | DEF 2 objection to R&R re: DEF 2 motion for severance (66-1). |
| 79 - 1 | 05/10/01 | Initial R&R re: DEF 2 motion for dismissal on the merits (61-1). Recommended be denied; Objections due NOON 05/14/01. Reply due NOON 05/18/01. cc: USA, H. Fleischer, Judge Singleton |
| 80 - 1 | 05/14/01 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for admissibility hearing re statements (76-1). |
| 81 - 1 | 05/14/01 | [Re: DEF 2] PLF 1 Notice of and opposition to DEF 2 motion for bill of particulars w/att memo (75-1). |
| 82 - 1 | 05/14/01 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to conduct attorney voir dire (77-1). |
| 83 - 1 | 05/15/01 | [Re: DEF 2] JDR Minute Order re brief status conf & hrg on def's objections to the crt's recommendation on the motion to sever set for 5/16/01 at 10:00 a.m. cc: USA, H. Fleischer, USM, USPO |
| 84 - 1 | 05/16/01 | [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re status conf & hrg on objections to the crts recommendation on the mot to sever (held 5/16/01); defense cnsls request to stay pending motions for 72 hours granted. cc: USA, H. Fleischer |
| 77 - 2 | 05/18/01 | [Re: DEF 2] JKS Order denying motion to conduct attorney voir dire (77-1).   cc: M. Rosenbaum, H. Fleischer |
| 85 - 1 | 05/18/01 | {SEALED} |
| 85 - 2 | 05/18/01 | {SEALED} |
| 86 - 1 | 05/21/01 | {SEALED} |
| 86 - 2 | 05/21/01 | {SEALED} |
| 87 - 1 | 05/21/01 | {SEALED} |
| 88 - 1 | 05/21/01 | {SEALED} |
| 89 - 1 | 05/23/01 | {SEALED} |
| 90 - 1 | 05/24/01 | {SEALED} |
| 91 - 1 | 05/28/01 | {SEALED} |
| 92 - 1 | 06/01/01 | {SEALED} |
| 93 - 1 | 06/01/01 | {SEALED} |
| 94 - 1 | 07/06/01 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                           "USA V DARREN D. WILLIAMS ET AL"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 95 - 1 | 07/25/01 | DEF 1 Unopposed motion on shortened time to continue IOS 30 days & to extend time to file objection to presentence report |
| 95 - 2 | 07/25/01 | DEF 1 Unopposed motion for shortened time |
| 96 - 1 | 07/26/01 | {SEALED} |
| 97 - 1 | 07/30/01 | {SEALED} |
| 98 - 1 | 08/09/01 | {SEALED} |
| 98 - 2 | 08/09/01 | {SEALED} |
| 99 - 1 | 08/10/01 | [Re: DEF 1] JKS Minute Order granting motion to set status hearing (98-1), motion on shortened time re: motion to set status hearing (98-2); hearing set for 8/17/01 at 2:30 pm. cc: USA, A. Dayan, USM, PO |
| 100 - 1 | 08/10/01 | {SEALED} |
| 101 - 1 | 08/13/01 | (UNSEALED PER ORDER AT DKT 125) [Re: DEF 1] Transcript re: PCOP held 5/31/01. |
| 100 - 2 | 08/14/01 | {SEALED} |
| 102 - 1 | 08/15/01 | DEF 1 Unopposed motion on shortened time to move status hearing (from 8/17/01 to 8/16/01) |
| 103 - 1 | 08/15/01 | [Re: DEF 1] JKS Order granting unopposed motion on shortened time to move status hearing (102-1) from 8/17/01 to 8/16/01 at 2:30 pm. cc: USA, USM, PO, A. Dayan |
| 104 - 1 | 08/17/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] status hrg re: under seal mot at #98 held 8/16/01. Crt/cnsl hrd def stated he wished to terminate Mr. dayan as retained cnsl & have FPD appointed; GRANTED. Crt relieved Mr. dayan as retained cnsl. Matter is referred to MJ Roberts for a hrg to determine def's eligibility for crt appointed cnsl. cc: USA, A. Dayan, FPD, MJ Roberts |
| 105 - 1 | 08/20/01 | [Re: DEF 1] JDR Minute Order re status of cnsl hrg set for 8/22/01 at 9:30 a.m.; FPD is requested to attend the scheduled hrg. cc: USA, FPD, USM, USPO |
| 106 - 1 | 08/23/01 | DEF 1 CJA appointment of Wonnell T. Burke for D1. |
| 107 - 1 | 08/24/01 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Status of Cnsl Hrg (held 8/22/01); crt found def eligible for crt-apptd cnsl; FPD to appoint cnsl. cc: USA, FPD CJA Clerk, Judge Singleton |
| 108 - 1 | 08/24/01 | [Re: DEF 1] Financial Affidavit. |
| 109 - 1 | 08/29/01 | DEF 1 Attorney Appearance of T. Burke Wonnell for D1. |
| 110 - 1 | 09/18/01 | {SEALED} |
| 111 - 1 | 09/19/01 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                            "USA V DARREN D. WILLIAMS ET AL"

                          In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 112 - 1 | 09/21/01 | {SEALED} |
| 113 - 1 | 10/17/01 | {SEALED} |
| 113 - 2 | 10/17/01 | {SEALED} |
| 114 - 1 | 12/14/01 | {SEALED} |
| 115 - 1 | 12/17/01 | {SEALED} |
| 116 - 1 | 01/23/02 | {SEALED} |
| 116 - 2 | 01/25/02 | {SEALED} |
| 117 - 1 | 04/01/02 | {SEALED} |
| 118 - 1 | 04/03/02 | [Re: DEF 1] JKS Minute Order directing FPD to select an atty from CJA panel to represent DEF 1 re: mot to substitute cnsl; ex parte hrg on mot to w/draw set 4/19/02 at 1:30 p.m.; appointed cnsl, Wonnell and DEF 1 will attend hrg; Assistant USA will not attend; IOS set at that date and time are vacated. cc: USA, B. Wonnell, FPD (CJA Clk), USM, USPO |
| 119 - 1 | 04/09/02 | {SEALED} |
| 120 - 1 | 04/16/02 | [Re: DEF 1] CJA appointment of John Pharr. |
| 121 - 1 | 04/22/02 | {SEALED} |
| 122 - 1 | 05/14/02 | DEF 1 motion to withdraw guilty plea w/att aff. |
| 123 - 1 | 05/17/02 | [Re: DEF 1] JKS Minute Order re govt's oppo to def's mot to w/d his plea due 5/23/02; IOS set for 5/20/02 is VACATED & will be reset pending resolution of mot to w/d. cc: USA, T. Wonnell, USM, USPO |
| 124 - 1 | 05/20/02 | {SEALED} |
| 124 - 2 | 05/22/02 | {SEALED} |
| 125 - 1 | 05/22/02 | {SEALED} |
| 125 - 2 | 05/22/02 | {SEALED} |
| 126 - 1 | 05/22/02 | {SEALED} |
| 127 - 1 | 05/28/02 | [Re: DEF 1] JKS Minute Order denying motion to withdraw guilty plea (122-1). cc: M. Rosenbaum, T. Wonnell, MJ Roberts, USM, USPO |
| 128 - 1 | 05/28/02 | [Re: DEF 1] JKS Minute Order re: IOS is set for 6/12/02 at 8:30 a.m. cc: M. Rosenbaum, T. Wonnell, USM, USPO, MJ Roberts |
| 129 - 1 | 06/05/02 | DEF 1 Sentencing Memorandum. |
| 130 - 1 | 06/06/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 131 - 1 | 06/13/02 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] re: IOS held 06/12/02; def sentenced to 135 mos of imprisonment; SR of 60 mos w/ special conditions; SA of $100; fine of $1000. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                         "USA V DARREN D. WILLIAMS ET AL"

                      In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 132 - | 1 | 06/17/02 | [Re: DEF 1] JKS Order granting dismissal without prej of counts 2-5 of Indt. cc: USA, T. Wonnell |
| 133 - | 1 | 06/18/02 | [Re: DEF 1] JKS Judgment pleaded guilty to Ct 1 of the Indictment (1-1); sentenced to 135 mos of imprisonment; SR 60 mos w/special conditions; SA $100; fine $1000. cc: USA, T. Wonnell, Def w/cnsls cy, USM, USPO, FLU, MJ Roberts |
| 134 - | 1 | 06/18/02 | [Re: DEF 1] JKS Judgment of Discharge dismissing Cts 2,3,4,5 of the Indictment (1-1). cc: USA, T. Wonnell, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 135 - | 1 | 06/20/02 | DEF 1 appeal to 9CCA of (133-1) filed 06/18/02. cc:USA, T. Wonnell, Judge, 9CCA, USM |
| NOTE - | 9 | 06/21/02 | Transmittal: Forwarded notice of appeal (135-1) to 9CCA. |
| 136 - | 1 | 06/21/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (135-1) cc:USA, T.Wonnell, USM, Judge Singleton, 9CCA(original), ECR |
| 137 - | 1 | 06/24/02 | DEF 1 Ntc of transcript designation. |
| 138 - | 1 | 06/24/02 | Transcript Designation/Order Form re: notice of appeal (135-1) no transcripts requested. cc:ecr |
| 139 - | 1 | 06/25/02 | [Re: DEF 1] cy 9CCA Certificate of Record. (135-1) cc: USA, T. Wonnell, Judge Singleton, 9CCA (original) |
| 140 - | 1 | 06/26/02 | PLF 1 Notice of Transcript Cross Designation re: notice of appeal (135-1) DEF for PCOP (dkt #101) cc:ecr |
| NOTE - | 10 | 07/05/02 | Issued: writ of execution re: DEF 1 on PFD. |
| 141 - | 1 | 07/05/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 142 - | 1 | 07/22/02 | [Re: DEF 1] Partial Transcript re: IOS held 6/12/02. |
| 143 - | 1 | 08/13/02 | {SEALED} |
| 144 - | 1 | 08/14/02 | USM Return of judgment re:DEF 1 executed on 8/8/02 to FOC Sheridan at Sheridan OR. |
| 143 - | 2 | 08/15/02 | {SEALED} |
| 145 - | 1 | 10/10/02 | {SEALED} |
| 145 - | 2 | 10/10/02 | {SEALED} |
| 145 - | 3 | 10/11/02 | {SEALED} |
| 146 - | 1 | 12/23/02 | [Re: DEF 1] Copy of Order from 9CCA that mot for appt of sub cnsl is granted; new cnsl to be appt by separate order. Clerk to serve copy of this order on R. Curtner (FPD) to locate appointed cnsl. USDC to provide 9CCA w/name& address of appt cnsl w/i 14 days of locating cnsl. 9CCA clerk to provide Mr. Curtner with ocpies of appellants opening brief, excerpts of record & appellee's brief. W/i 42 days from filing date of this order; new cnsl shall inform crt whether cnsl wishes to proceed with opening brief already file or file a new brief. The |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                            "USA V DARREN D. WILLIAMS ET AL"

                         In public format, for all filing dates

Document #    Filed      Docket text
```

| | | | |
|---|---|---|---|
| | | | proceeding in this appeal is stayed pending further order of this court. (135-1) cc: USA, T. Wonnell, R. Curtner (FPD), Judge Singleton |
| 147 - | 1 | 12/27/02 | [Re: DEF 1] CJA appointment of H. Fleischer for appeal. |
| NOTE - | 11 | 12/30/02 | Notation (re: Appeal): forwarded CJA atty appointment of H. Fleischer. |
| 148 - | 1 | 03/24/03 | DEF 1 Transcript Designation Form re: notice of appeal (135-1) w/order form. cc:ecr w/order form |
| 149 - | 1 | 04/01/03 | USM Return of svc on writ of garnishment re: DEF 1 on 7/10/02 no funds. |
| 150 - | 1 | 05/28/03 | [Re: DEF 1] Copy of Order from 9CCA that mot for relief of Fleischer and appt of non-CJA cnsl is DENIED.Clerk (9CCA) serve copy of pro se mot on cnsl; in absence of mot for voluntary dismissal filed by cnsl the time schedule is appellant opening brief & excerpts due 7/1/03; appellee brief due 7/31/03 and optional reply brief due w/i 14 days after service of appellee's brief. (135-1) cc: USA, Fleischer, Judge Singleton |
| 151 - | 1 | 06/23/03 | [Re: DEF 1] Motion to vacate, set aside, or correct sentence (28:2255) w/att memo. |
| 152 - | 1 | 07/02/03 | [Re: DEF 1] JKS Order denying motion to vacate, set aside, or correct sentence (28:2255) (151-1) as case is on appeal. cc: D. Williams, H. Fleischer, PSLC |
| 153 - | 1 | 07/03/03 | [Re: DEF 1] JKS civil jmt dismissing 2255 petition. cc: D. Williams, H. Fleischer, O&J 11554 |
| 154 - | 1 | 07/11/03 | [Re: DEF 1] 9CCA Final Order re: notice of appeal (135-1) that the appellant's mot for voluntary dismissal of this appeal is granted. This appeal is dismissed. The certified cy of this order sent to the district court shall constitute the mandate. cc: USA, H. Fleischer, Judge Singleton |
| 155 - | 1 | 07/28/03 | DEF 1 motion to vacate, set aside, or correct sentence( 28:2255) w/att memo. |
| 156 - | 1 | 08/04/03 | [Re: DEF 1] JKS Order that clk of crt to cy AUSA w/2255 mot and order; req for appt of cnsl or notice of intent to proceed w/out cnsl due 09/01/03; ans or responsive pleading due 10/01/03, unless def is appt cnsl; either party may make a mot for an evid hrg w/in 30 days after the date of the ans; matter referred to MJ Roberts under LMR 4(5). cc: USA w/cy of 2255 mo, DEF w/USDCA 40, CJA 23, Appl for appt of cnsl, Notice of intent to proceed w/out cnsl, handbook |
| 157 - | 1 | 08/06/03 | [Re: DEF 1] JDR Minute Order re clerk to file pg 6&7 to def's 2255 as an errata & serve USA. cc: USA w/pg 6&7, D. Williams |
| 158 - | 1 | 08/06/03 | DEF 1 Errata (adding pg 6&7) re: DEF 1 motion to vacate, set aside, or correct sentence( 28:2255) w/att memo. (155-1) |
| 159 - | 1 | 09/02/03 | DEF 1 motion (request) for judicial notice pursuant to rule 201 of the Federal Rules of Evidence w/att exhs. |
| 160 - | 1 | 09/02/03 | DEF 1 Notice of intent to proceed w/o counsel. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                 "USA V DARREN D. WILLIAMS ET AL"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 161 - 1 | 09/02/03 | DEF 1 amended motion to vacate, set aside, or correct sentence pursuant to 28:2255. |
| 162 - 1 | 09/23/03 | [Re: DEF 1] ZZZ 1-2 Attorney Appearance of Frederick Hahn |
| 163 - 1 | 09/23/03 | [Re: DEF 1] ZZZ 1-2 motion on shortened time for exoneration of bond & release of deeds of trust posted to secure release of def w/att exhs |
| 164 - 1 | 09/23/03 | [Re: DEF 1; ZZZ 1-2] JKS Order granting motion on shortened time for exoneration of bond & release of deeds of trust (163-1). cc: USA, F. Hahn |
| 165 - 1 | 09/23/03 | [Re: DEF 1] PLF 1 non-oppo to [Re: DEF 1] ZZZ 1-2 mot on shortened time for exon of bond & release of deeds of trust posted to secure release of def  (163-1). |
| 166 - 1 | 09/29/03 | DEF 1 motion for an evidentiary hrg re 28:2255 motion. |
| 167 - 1 | 09/30/03 | [Re: DEF 1] PLF 1 motion for ext of time (to 10/10) to file oppo to def's 28:2255 motion. |
| 168 - 1 | 10/01/03 | [Re: DEF 1] JDR Order granting motion for ext of time (to 10/10) to file oppo to def's 28:2255 motion (167-1). cc: USA, D. Williams |
| 169 - 1 | 10/10/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, or correct sentence( 28:2255)  (155-1) w/att exhs. |
| 170 - 1 | 10/28/03 | DEF 1 reply to pltf's answer to DEF 1 motion to vacate, set aside, or correct sentence( 28:2255) (155-1). |
| 171 - 1 | 10/28/03 | DEF 1 Supplement (expanded motion) re: DEF 1 motion for an evidentiary hrg re 28:2255 motion (166-1). |
| 172 - 1 | 11/10/03 | Initial R&R re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (155-1); Recommended be dnied; Objections due NOON 11/25/03. Reply due NOON 12/01/03. cc: USA, D. Williams, Judge Singleton |
| 173 - 1 | 11/10/03 | [Re: DEF 1] JDR Minute Order denying motion for an evidentiary hrg re 28:2255 motion (166-1); granting motion (request) for judicial notice pursuant to rule 201 of the Federal Rule (159-1). cc: USA, D. Williams |
| 174 - 1 | 11/25/03 | DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, or correct sentence( 28:2255) w/att memo. (155-1). |
| 175 - 1 | 12/02/03 | [Re: DEF 1] JDR Order holding in abeyance R&R on motion to vacate, set aside, or correct sentence( 28:2255) (155-1) to provide def an opportunity to provide an aff as directed, if an aff or other evidence is proffered to support his allegation def may receive an evident hrg on his ineffective assistance of cnsl claim; any such evident hrg will be limited to the specific ineffective assistance of cnsl claim addressed in the def's object's to the R&R; def's aff due 12/29/03. cc: USA, D. Williams |
| 176 - 1 | 12/23/03 | DEF 1 aff re coersion of guilty plea. |
| 177 - 1 | 12/30/03 | [Re: DEF 1] JDR Minute Order re sched conf to scyhed an evident hrg on 2255 mot set for 1/23/04 at 9:30 a.m. cc: USA, D. Williams, USM, USPO |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                       "USA V DARREN D. WILLIAMS ET AL"

                      In public format, for all filing dates

Document #    Filed       Docket text


  178 -   1  01/23/04   [Re: DEF 1] CJA appointment of M. Ahearn.

  179 -   1  01/26/04   [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re sched
                         conf to sched an evident hrg on def's 2255 motion hld 1/23/04; crt apptd
                         FPD to represent def; evident hrg set for 3/8/04 at 9:30 a.m. cc: USA,
                         FPD CJA Clerk, USM, USPO

  180 -   1  01/29/04   DEF 1 Attorney Appearance of Linda Webb.

  181 -   1  01/29/04   DEF 1 motion to transport def for hrg set for 3/8/04 w/att aff.

  182 -   1  01/30/04   [Re: DEF 1] JDR Order granting motion for USM to transport def for hrg
                         set for 3/8/04 (181-1). cc: USA, L. Webb, USM, USPO

  183 -   1  02/05/04   DEF 1 CJA appointment Linda "Anna" Webb of Hagans, Ahearn & Webb.

  184 -   1  03/03/04   DEF 1 motion (expedited) to allow defendant to wear his own clothing for
                         hearing.

  185 -   1  03/05/04   [Re: DEF 1] JDR Minute Order denying motion (expedited) to allow
                         defendant to wear his own clothing for hearing (184-1) set 3/8/04 not
                         3/9/04 as stated in cnsl's mot. cc: USA, L. Webb, USM, PO

  186 -   1  03/09/04   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] of evid hrg on
                         def's 2255 mot (held 3/8/03); def to file closing arg on/before NOON
                         3/15/04; plf's response due on/before COB 3/19/04; def's reply on/before
                         3/23/04; crt directed clerk to order expedited transcript of proceeding
                         w/att wit/exh list.  cc: USA, L. Webb, Finance, ECRO

  187 -   1  03/15/04   [Re: DEF 1] Transcript re: evidentiary hrg on def's 2255 motion held
                         3/8/04.

  188 -   1  03/15/04   DEF 1 Evid hrg argument re: DEF 1 motion to vacate, set aside, or
                         correct sentence( 28:2255) (155-1).

  189 -   1  03/19/04   [Re: DEF 1] PLF 1 Closing argument in oppo re: DEF 1 motion to vacate,
                         set aside, or correct sentence( 28:2255) (155-1).

  190 -   1  03/23/04   [Re: DEF 1] JDR Minute Order that clerk directed to file def's mot for
                         dismissal of Indt Under Rule of Federal Criminal Procedure, Rule
                         12(b)(2) as a supp to 2255 pet; govt's response due 4/1/04. cc: USA, L.
                         Webb, Def

  191 -   1  03/23/04   DEF 1 Supplement (mot for dismissal fo Indt under Rule fo Fed Cr
                         Procedure, Rule 12(b)(2)) re: DEF 1 motion to vacate, set aside, or
                         correct sentence( 28:2255) (155-1).

  192 -   1  03/23/04   DEF 1 Reply to govt's closing arg in oppo re: DEF 1 motion to vacate,
                         set aside, or correct sentence( 28:2255) (155-1).

  193 -   1  04/01/04   [Re: DEF 1] PLF 1 motion for ext of time (to 4/7) to file reponse to
                         def's mot to dismiss.

  194 -   1  04/02/04   [Re: DEF 1] JDR Order granting motion for ext of time (to 4/7) to file
                         reponse to def's mot to dismiss (193-1). cc: USA, L. Webb, D. Williams

  195 -   1  04/07/04   [Re: DEF 1] PLF 1 Supplement (resoponse to def's motion for dismissal of
                         Indt (191-1). w/att exhs.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                              "USA V DARREN D. WILLIAMS ET AL"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 196 - 1 | 04/14/04 | DEF 1 motion for appointed cnsl re motion to dismiss Indt under rule FRCRP 12(B)(2). |
| 197 - 1 | 04/16/04 | [Re: DEF 1] Report and Recomendation re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (155-1) & DEF 1 expanded motion to vacate, set aside, or correct sentence (28:2255) (161-1); Recommended be denied; Objections due NOON 04/28/04; Replies due NOON 05/05/04. cc: USA, L. Webb, D. Williams, Judge Singleton |
| 198 - 1 | 04/16/04 | [Re: DEF 1] JDR Minute Order denying motion for appointed cnsl re motion to dismiss Indt under rule FRCRP 12(B)(2) (196-1). cc: USA, L. Webb, D. Williams |
| 199 - 1 | 04/28/04 | DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, or correct sentence( 28:2255) (155-1). |
| 200 - 1 | 05/04/04 | DEF 1 motion for MJ R&R on def's motion to dismiss Indt & opportunity to object. |
| 201 - 1 | 05/05/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to vacate, set aside, or correct sentence( 28:2255) (155-1). |
| 202 - 1 | 05/06/04 | [Re: DEF 1] JDR Minute Order denying motion for MJ R&R on def's motion to dismiss Indt & opportunity to object (200-1). cc: USA, L. Webb, D. Williams |
| 203 - 1 | 05/06/04 | Final R&R re: DEF 1 motion to vacate, set aside, or correct sentence under 28:2255 (155-1); MJ declines to modify reccomendation that motion be denied. cc: USA, L. Webb, D. Williams, Judge Singleton |
| 204 - 1 | 05/10/04 | DEF 1 motion for a response from the govt re def's mot to dismiss Indt fld 3/17/04. |
| 205 - 1 | 05/11/04 | [Re: DEF 1] JDR Minute Order denying as moot motion for a response from the govt re def's mot to dismiss Indt fld 3/17/04 (204-1). cc: USA, L. Webb, D. Williams |
| 206 - 1 | 05/18/04 | [Re: DEF 1] JKS Order that matter is remanded to MJ Roberts for further fact finding. cc: cnsl, MJ Roberts |
| 207 - 1 | 05/20/04 | [Re: DEF 1] JDR Minute Order that scheduling conf re: 2255 mot set for 5/21/04 at 11:30am before MJ Roberts. Def shall participate telephonically. cc:USA, L. Webb, USM, PO |
| 208 - 1 | 05/21/04 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re sched conf on def's 2255 mot hld 5/21/04; evident hrg set for 7/12/04 at 9:15 a.m.; cnsl for def to submit a writ to transport def back to Anch for hrg. cc: USA, L. Webb, USM, USPO |
| 209 - 1 | 05/21/04 | [Re: DEF 1] PLF 1 Attorney Substitution of D. Cooper (AUSA) for M. Rosenbaum (AUSA). |
| 210 - 1 | 05/24/04 | {SEALED} |
| 211 - 1 | 05/26/04 | DEF 1 motion to transport def for hrg scheduled for 7/12/04 w/att aff. |
| 212 - 1 | 05/27/04 | [Re: DEF 1] JDR Order granting motion for USM to transport def to Anch, AK by 7/1/04 for hrg scheduled for 7/12/04 (211-1). cc: USA, L. Webb, |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                            "USA V DARREN D. WILLIAMS ET AL"

                        In public format, for all filing dates

Document #     Filed       Docket text
                           USM, USPO

  213 -    1   06/01/04    DEF 1 Transcript Designation/Order Form w/att CJA 24.

  214 -    1   07/12/04    [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re evident
                           hrg on def's 2255 mot hld 7/12/04; def's oral mot to cont hrg granted;
                           evident hrg cont to 8/6/04 at 9:15 a.m. cc: USA, L. Webb, USM

  215 -    1   08/05/04    [Re: DEF 1] PLF 1 Attorney Substitution of R. Pomeroy (AUSA) for D.
                           Cooper (AUSA).

  216 -    1   08/10/04    [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re cont
                           evident hrg on def's 2255 mot hld 8/6/04; crt set briefing schedule;
                           def's brief due 8/20/04; response due 8/31/04; reply due 9/7/04. w/att
                           wit & exh list. cc: USA, L. Webb

  217 -    1   08/19/04    [Re: DEF 1] Transcript re: continured evidentiary hrg on def's section
                           2255 mot held 8/6/04.   (located in expando)

  218 -    1   08/19/04    DEF 1 Unopposed motion for ext of time to file appellant's opening brief
                           w/att aff.

  219 -    1   08/20/04    [Re: DEF 1] JDR Order granting unopposed motion for ext of time to file
                           appellant's opening brief (218-1); def's opening brief due 8/27; pltfs
                           oppo brief due 9/7; def's reply brief due 9/14. cc: USA, L. Webb

  220 -    1   08/27/04    DEF 1 motion (brief) re: Evidentiary hearing 8/6/04.

  221 -    1   09/07/04    [Re: DEF 1] PLF 1 motion for extension of time (to 9/10/04) to file
                           response to closing args.

  222 -    1   09/09/04    [Re: DEF 1] JDR Order granting motion for extension of time (to 9/10/04)
                           to file response to defs closing argument on the mot for relief under 28
                           U.S.C. § 2255 (221-1).   cc: Ausa, L. Webb

  223 -    1   09/09/04    DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion for extension of time
                           (to 9/10/04) to file response to closing args. (221-1).

  224 -    1   09/10/04    [Re: DEF 1] PLF 1 closing argument in oppos to DEF 1 motion to vacate,
                           set aside, or correct sentence( 28:2255) (155-1).

  225 -    1   09/20/04    [Re: DEF 1] Supplemental to R&R re DEF 1 motion to vacate, set aside, or
                           correct sentence( 28:2255) (155-1);   recommended be denied; objs due
                           NOON 10/1/04; repsponses due NOON 10/7/04. cc: USA, L. Webb, D.
                           Williams, Judge Singelton

  226 -    1   10/01/04    DEF 1 objection to supplemental R&R re: DEF 1 motion to vacate, set
                           aside, or correct sentence( 28:2255) (155-1).

  227 -    1   10/07/04    [Re: DEF 1] PLF 1 reply to objection to supplemental R&R re: DEF 1
                           motion to vacate, set aside, or correct sentence( 28:2255)  (155-1).

  228 -    1   10/14/04    Final Supplement to R&R re: DEF 1 motion to vacate, set aside, or
                           correct sentence( 28:2255) (155-1); MJ declines to modify supp findings
                           & conclusions that mot be denied. cc: USA, L. Webb, D. Williams, Judge
                           Singleton

  228 -    2   10/14/04    [Re: DEF 1] JDR Order terminating in light of this order: motion (brief)
                           re: Evidentiary hearing 8/6/04 (220-1).

ACMS: R_RDSDI              As of 02/09/06 at 2:33 PM by DANM                        Page 14
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0108--CR (JKS)
                               "USA V DARREN D. WILLIAMS ET AL"

                        In public format, for all filing dates

Document #    Filed      Docket text

  229 -   1  11/03/04   {SEALED}

  229 -   2  11/05/04   {SEALED}

  230 -   1  12/03/04   [Re: DEF 1] JKS Order denying mot to vacate, set aside, or correct
                        sentence( 28:2255) (155-1); denying amended mot to vacate (161-1); no
                        certificate of appealability will iss @ this level. cc: USA, L. Webb, MJ
                        Roberts

  231 -   1  12/03/04   [Re: DEF 1] JKS Judgment that def's appl for post-conviction relief per
                        28:2255 is dism w/o prej. cc: USA, L. Webb, MJ Roberts

  232 -   1  01/18/05   {SEALED}

  233 -   1  01/18/05   {SEALED}

  234 -   1  01/18/05   {SEALED}

  232 -   2  01/20/05   {SEALED}

  233 -   2  01/20/05   {SEALED}

  234 -   2  01/20/05   {SEALED}

  235 -   1  01/24/05   DEF 1 appeal to 9CCA of (231-1) filed 12/03/04. cc:USA, L. Webb, Judge
                        Singleton, 9CCA, A03-168CV (JKS)

 NOTE -  12  01/26/05   Transmittal: Forwarded notice of appeal (235-1) to 9CCA.

 NOTE -  13  01/26/05   Transmittal: Forwarded D.C. record to 9CCA consisting of Vol. 4,5,6,&7,
                        1 sealed volume w/dkt 121,124,125,126,143,145 & 1 expando w/dkt # 217.

 NOTE -  14  02/07/05   Notation (re: Appeal): 9CCA received record consisting of Vol. 4,5,6,&7,
                        1 sealed volume w/dkt 121,124,125,126,143,145 & 1 expando w/dkt # 217.

  236 -   1  06/10/05   [Re: DEF 1]Order re: notice of appeal (235-1) that request for COA is
                        DENIED. cc: L. Webb, USA, Judge Singleton

 NOTE -  15  07/25/05   Notation (re: Appeal): D.C. record received from  9CCA consisting of
                        Vol. 4,5,6,&7, 1 sealed volume w/dkt 121,124,125,126,143,145 & 1 expando
                        w/dkt # 217.

  237 -   1  12/05/05   DEF 1 motion for disqualification Judge Singleton.

  238 -   1  12/05/05   DEF 1 motion to grant relief from judgment & order pursunat to
                        F.R.CIV.P., Rule 6(b)(1)(3)(4) & (5).

  239 -   1  12/09/05   DEF 1 motion to unseal court documents.

  240 -   1  12/13/05   [Re: DEF 1] JDR Minute Order re hrg on def's mot to unseal crt documents
                        (239-1) set for 12/14/05 at 10:30 a.m. cc: USA, L. Webb

  241 -   1  12/14/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Hrg on Deft's
                        Mot to Unseal Court Documents - held 12/14/05; matter vacated.  cc: USA,
                        A. Webb
```