DARREN D. WILLIAMS
REG. NO. 14168-006
FEDERAL PRISON CAMP
P.O. BOX 6000
SHERIDAN, OR  97378

Petitioner, in Pro Se

FILED

DEC 0 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　vs.<br><br>DARREN D. WILLIAMS,<br><br>　　　　　　Petitioner. | Case No. A00-0108-CR (JKS)<br><br>MOTION FOR DISQUALIFICATION |

    **COMES NOW** the Petitioner, Darren D. Williams and hereby moves the Court to disqualify U.S. District Court Judge James K. Singleton from presiding over any actions relating to Petitioner's motions or appeals on the grounds that his impartiality might reasonably be questioned as set forth in 28 U.S.C. § 455(a). This belief is based on the fact that Judge Singleton personally dismissed charges against Williams' only codefendant, John Makules, then arranged for Mr. Williams to plead guilty in front of another judge to charges of conspiracy per the original indictment, which thus amounted to a conspiracy

237

of one individual, knowing full well that Williams had no knowledge of the change in his codefendant's status. Judge Singleton removed himself from presiding over Williams' plea colloquy in order to avoid his obligation to disclose the dismissal of charges against Makules, the knowledge of which would also prevent him from accepting Williams' guilty plea. These circumstances permit judicial disqualification under § 455(b)(1). Furthermore, Judge Singleton violated Rule 4(a) of the Rules Governing § 2255 Proceedings by presiding over Mr. Williams' § 2255 hearing even though Judge James Fitzgerald presided over the Rule 11 hearing, which was the subject of the § 2255 motion for relief.

This motion is based on Petitioner's averments, a formally filed Complaint of Judicial Misconduct, and the Court records.

Filed this  1st  day of December, 2005 .

Respectfully submitted,

*Darren Williams*
Darren D. Williams

## AFFIDAVIT

| | |
|---|---|
| **DARREN D. WILLIAMS** | **STATEMENT OF** |
| **REG. NO. 14168-006** | **DARREN   D.   WILLIAMS** |

1) I am the defendant in the above-titled matter.

2) I believe that the Honorable James Singleton's impartiality might reasonably be questioned based upon facts set forth in the judicial ethics complaint, a copy of which is attached hereto (see Exhibit A) is incorporated herein by reference.

3) I further believe that Judge Singleton was aware of the dismissal of John Makules and therefore knew that I could not be convicted of a conspiracy of one, and thus he has personal knowledge of the disputed evidence to be presented in any subsequent proceedings. (And he may be called to to testify).

4) I am currently an inmate at Sheridan Federal Prison Camp and am unaware of any notary to swear to this statement. I do affimr, believe, and swear that the contents of this affidavit are true.

Dated this 1st day of December 2005.

                                                         _Darren Williams_
                                                         Darren D. Williams

```
          DARREN D. WILLIAMS
          REG. NO. 14168-006
          FEDERAL PRISON CAMP
             P.O. BOX 6000
          SHERIDAN, OR  97378
```

## P R O O F   O F   S E R V I C E

\* I, Darren D. Williams, declare pursuant to Tile 28 U.S.C. § 1746, that a true and correct copy of my Motion for Disqualification, has been served as dated and deposited in the prison's designed system for legal mail [FRAP 25 (a)(2)(C)] in a sealed envelope with sufficient U.S. postage affixed and properly addressed to:

```
        OFFICE OF THE U.S. ATTORNEY
            DISTRICT OF ALASKA
            222 WEST 7TH AVE.
           ANCHORAGE, AK  99513
```

Dated this 1st day of December, 2005.

Respectfully submitted,

*Darren D. Williams* (signature)
Darren D. Williams