Linda A. Webb
HAGANS AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 276-5294
Facsimile: (907) 276-8732

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARREN D. WILLIAMS )<br>) Case No. A00-0108-CR (JKS)<br>Defendant. )<br>_____) | |

## MOTION TO UNSEAL COURT DOCUMENTS

COMES NOW Defendant Darren Williams, by and through counsel of record, Linda A. Webb and moves this Court for an Order releasing all Court-sealed documents to his CJA-appointed attorney, Linda A. Webb. This request is made because these documents may be pertinent determining future legal proceedings for Mr. Williams

*United States v. Williams*, Case No. A00-0108 CR (JRH)
Motion to Unseal Court Documents

Page 1 of 2

239

DATED at Anchorage, Alaska, this ___9___ day of December 2005.

HAGANS AHEARN & WEBB
Attorneys for Defendant

By: _____
Linda A. Webb
Alaska Bar No. 8806148

**CERTIFICATE OF SERVICE**
I certify that on the 9 day of December 2005, a copy of the foregoing document was served by fax/mail/hand delivery on:

Richard Pomeroy, Asst. U.S. Attorney
Office of the U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

_____
Hagans, Ahearn & Webb
6368

LAW OFFICES OF
HAGANS, AHEARN & WEBB
310 K STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5294
Fax (907) 276-8732

*United States v. Williams*, Case No. A00-0108 CR (JRH)
Motion to Unseal Court Documents

Page 2 of 2