## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. DARREN D. WILLIAMS

Case No. *A00-108-01 CR (JKS/JDR)*
[3-00-00108-01-CR-JKS-JDR]

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

## MINUTE ORDER FROM CHAMBERS

**Setting Hearing on Defendant's Motion to Unseal Court Documents, Docket No. 239**

Defendant Darren Williams moves the court for an order to unseal documents and provide them to his CJA court-appointed counsel, Linda A. Webb. Docket No. 239. The motion lacks specificity. The court record contains numerous sealed documents, some of which do not pertain to defendant Williams. Accordingly, a hearing on defendant's request to unseal documents is hereby set for **Wednesday, December 14, 2005 at 10:30 a.m.** The Clerk shall give telephonic notice regarding entry of this Chamber Order.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 12, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A00-108-01 CR (JKS) 2255 Williams @239 Mtn to Unseal.wpd