## N O T I C E   O F   A P P E A L

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

|  |  |
|---|---|
| DARREN D. WILLIAMS, | Case No.:  3:00-CR-00108(JKS) |
| Petitioner, | |
| versus | NOTICE OF APPEAL |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

COMES NOW, Petitioner, and files this Notice of Appeal in order to appeal the United States Court of Appeals for the Ninth Circuit  from  the Order denying Petitioner's Motion to grant relief from Judgment and Order pursuant to FRCIVP Rule 60(b)(1)(3)(4) and (5).

Within the District Court's jurisdiction under 18 U.S.C. § 3231 and the Appeal Court's jurisdiction under 28 U.S.C. §§ 1291 and 1292 et. seg., this Notice of Appeal is pursuant to Federal Rules of Appellate Procedure, Rules 4 et. seq.

Dated:

2-2-06

Respectfully submitted,

Darren D. Williams

DARREN WILLIAMS, #14168-006
FEDERAL PRISON CAMP, BOX 6000
SHERIDAN, OREGON  97378

I, Darren D. Williams, declare that a true and correct copy of My Notice of Appeal, has been mailed to:

Office of the U.S. Attorney
District of Alaska
222 W. 7th Ave.
Anchorage, AK 99513

Dated this 2nd day of February, 2006

Darren Williams