UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
FEB 2? 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. Darren D. Williams
Court of Appeals No. (leave blank if unassigned): 06-30105
U.S. District Court Judge Name and Case No: James K. Singleton, Jr.- 3:00-00108-01-JKS
Date Complaint/Indictment/Petition Filed: 07/20/2000
Date Appealed Order/Judgment *entered*: 01/26/2006 dkt #244
Date NOA *filed*: 02/09/2006 dkt #247
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: no          Date Docket Fee billed: _
Date FP granted: _                Date FP denied: _
Is FP pending? no                 Was FP Limited/Revoked?
US Government Appeal?   no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

Appellate Counsel:                Appellee Counsel:
Darren D. Williams (Pro Per)      Richard L. Pomeroy
#14168-0006                       U.S. Attorney's Office
Federal Prison Camp               222 W. 7th Avenue, #9
PO Box 6000                       Anchorage, AK 99513-7567
Sheridan, OR 97378

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 14168-0006           Address: Darren D. Williams (Pro Per)
                                  #14168-0006
                                  Federal Prison Camp
                                  PO Box 60007567
                                  Sheridan, OR 97378

Custody: x

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Dan Maus  907-677-6123