UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
FEB 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. Darren D. Williams
Court of Appeals No. (leave blank if unassigned): 06-30103
U.S. District Court Judge Name and Case No.: James K. Singleton, Jr.- 3:00-00108-01-JKS
Date Complaint/Indictment/Petition Filed: 07/20/2000
Date Appealed Order/Judgment *entered*: 01/18/2006 dkt #243
Date NOA *filed*: 02/09/2006 dkt #248
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: no        Date Docket Fee billed: _
Date FP granted: _              Date FP denied: _
Is FP pending? no               Was FP Limited/Revoked?
US Government Appeal?   no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:
Darren D. Williams  (Pro Per)       Richard L. Pomeroy
#14168-0006                         U.S. Attorney's Office
Federal Prison Camp                 222 W. 7th Avenue, #9
PO Box 6000                         Anchorage, AK 99513-7567
Sheridan, OR  97378

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  14168-0006            Address: Darren D. Williams  (Pro Per)
                                    #14168-0006
                                    Federal Prison Camp
                                    PO Box 60007567
                                    Sheridan, OR  97378
Custody: x

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: _

Name and phone number of person completing this form:  Dan Maus  907-677-6123