**FILED**
MAR 17 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RECEIVED**
MAR 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DARREN D. WILLIAMS,<br><br>Defendant - Appellant. | No. 06-30103<br><br>D.C. No. CR-00-00108-JKS<br>District of Alaska,<br>Anchorage |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DARREN D. WILLIAMS,<br><br>Defendant - Appellant. | No. 06-30105<br><br>D.C. No. CR-00-00108-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The court, on its own motion, consolidates appeal nos. 06-30103 and 06-30105. The consolidated briefing schedule shall be as follows: appellant's consolidated opening brief is due May 9, 2006; appellee's consolidated answering brief is due June 8, 2006; and the consolidated optional reply brief is due within 14 days after service of the answering brief.

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellant shall (1) pay to the district court the $255 filing and docketing fees for each appeal and

06-30103, 06-30105

file in this court proof of such payment, or (2) file in this court a motion to proceed in forma pauperis accompanied by a completed financial affidavit (CJA Form 23). Failure to pay the fees or file a motion to proceed in forma pauperis may result in dismissal of the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A