**FILED**

**NOV 22 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DARREN D. WILLIAMS,<br><br>Defendant - Appellant. | Nos. 06-30103<br>06-30105<br><br>D.C. No. CR-00-00108-JKS<br>District of Alaska<br>Anchorage<br><br>ORDER |
|---|---|

RECEIVED

JAN 2 2 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The consolidated opening brief was due May 9, 2006. On October 2, 2006, the court ordered appellant to file the brief within 14 days and to file a motion for relief from default. To date, appellant has not filed the opening brief or requested an extension of time to do so. Accordingly, these consolidated appeals are dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate as to appeal nos. 06-30103 and 06-30105.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
ATTEST  1/17/0-

CATHY A. CATTERSON
Clerk of Court

by:
Deputy Clerk

S:\MOATT\Cmshords\11.06\ahh\06-30103.wpd