**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   DAREN WILLIAMS

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                               CASE NO.   3:00-cr-00108-JKS

 Linda Christensen 

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: April 9, 2008

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Daren Williams.  Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the court's consideration within twenty (20) days from the date of this Notice.

[CLERKNOT.CR]2/98