**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   DARREN D. WILLIAMS 

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                                    CASE NO.  3:00-cr-00108-JKS-1 

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 6, 2008

      On April 9, 2008, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed order for the Court's consideration.

      No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

DATE:   May 6, 2008                ENTERED AT JUDGE'S DIRECTION
                                    INITIALS:    lc
                                              Deputy Clerk

[300cr108JKS MO to Destroy Passport.wpd]{IA.WPD*Rev.12/96}